3/2/2021                                Case.net: 2122-CC00246 - Docket Entries



Search for Cases by: Select Search Method...

**Judicial Links**  |  **eFiling**  |  **Help**  |  **Contact Us**  |  **Print**                                                    Logon

2122-CC00246 - JAYNE SALERNO V CENTAUR BUILDING SERVICES INC
ET (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |
|---|---|---|---|---|---|---|---|---|

Sort Date Entries: ● Descending  ○ Ascending          Display Options: All Entries

---

**02/25/2021**     **Summons Issued-Circuit**
Document ID: 21-SMCC-1264, for CENTAUR BUILDING SERVICES , INC..

**Summons Issued-Circuit**
Document ID: 21-SMCC-1263, for ATALIAN US MIDWEST LLC.

**Summons Issued-Circuit**
Document ID: 21-SMCC-1262, for ATALIAN US SHARED SERVICES LLC.

**02/19/2021**     **Motion for Leave**
Plaintiffs Motion for Leave to File Second Amended Petition.
   **Filed By:** MARY ANNE OLWELL SEDEY
   **On Behalf Of:** JAYNE SALERNO

**02/17/2021**     **Jury Trial Scheduled**
   **Scheduled For:** 08/02/2021;  9:00 AM ;  MICHAEL FRANCIS STELZER;  City of St. Louis

**02/16/2021**     **Request Filed**
Request for Special Process Server.
   **Filed By:** MARY ANNE OLWELL SEDEY
   **On Behalf Of:** JAYNE SALERNO

**Amended Motion/Petition Filed**
Second Amended Petition.
   **Filed By:** MARY ANNE OLWELL SEDEY
   **On Behalf Of:** JAYNE SALERNO

**02/05/2021**     **Notice of Service**
Servers Return Atalian Amended Petition.
   **Filed By:** MARY ANNE OLWELL SEDEY
   **On Behalf Of:** JAYNE SALERNO

**Notice of Service**
Servers Return Centaur Amended Petition.
   **Filed By:** MARY ANNE OLWELL SEDEY

**Corporation Served**
Document ID - 21-SMCC-867; Served To - ATALIAN GLOBAL SERVICES INC; Server - ; Served Date -
04-FEB-21; Served Time - 11:37:00; Service Type - Special Process Server; Reason Description -
Served; Service Text - served Amanda Brandon - Intake Specialist CT Corp

**Corporation Served**
Document ID - 21-SMCC-866; Served To - CENTAUR BUILDING SERVICES , INC.; Server - ; Served
Date - 04-FEB-21; Served Time - 10:10:00; Service Type - Special Process Server; Reason Description

**EXHIBIT A**
**Page 1**

- Served; Service Text - served Rusty Smith- Designee

**02/04/2021**   **Summons Issued-Circuit**
Document ID: 21-SMCC-867, for ATALIAN GLOBAL SERVICES INC.

**Summons Issued-Circuit**
Document ID: 21-SMCC-866, for CENTAUR BUILDING SERVICES , INC..

**Request Filed**
Request for Special Process Server.
   **Filed By:** MARY ANNE OLWELL SEDEY
   **On Behalf Of:** JAYNE SALERNO

**Summons Issued-Circuit**
Document ID: 21-SMCC-864, for COGENCY GLOBAL, INC..

**02/03/2021**   **Amended Motion/Petition Filed**
AMENDED PETITION.
   **Filed By:** MARY ANNE OLWELL SEDEY
   **On Behalf Of:** JAYNE SALERNO

**Notice of Service**
Servers Return.
   **Filed By:** MARY ANNE OLWELL SEDEY
   **On Behalf Of:** JAYNE SALERNO

**02/01/2021**   **Summons Issued-Circuit**
Document ID: 21-SMCC-810, for CENTAUR BUILDING SERVICES , INC..

**Request Filed**
Request for Appointment of Process Server.
   **Filed By:** MARY ANNE OLWELL SEDEY
   **On Behalf Of:** JAYNE SALERNO

**Filing Info Sheet eFiling**
   **Filed By:** MARY ANNE OLWELL SEDEY

**Pet Filed in Circuit Ct**
PETITION; CIVIL FILING INFO SHEET.
   **Filed By:** MARY ANNE OLWELL SEDEY
   **On Behalf Of:** JAYNE SALERNO

**Judge Assigned**

**EXHIBIT A**
**Page 2**

**2122-CC00246**

Electronically Filed - City of St. Louis - February 01, 2021 - 10:03 AM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| JAYNE SALERNO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| CENTAUR BUILDING SERVICES, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Serve: | ) | |
| Registered Agent | ) | |
| J. Fred Kolb | ) | |
| 4401 Ridgewood Avenue | ) | |
| St. Louis, MO 63116 | ) | |

## PETITION

## DISCRIMINATION IN VIOLATION OF THE MISSOURI HUMAN RIGHTS ACT

Plaintiff Jayne Salerno brings her claim of age discrimination under the Missouri Human Rights Act to redress injuries done to her by Defendant Centaur Building Services, Inc.  In support thereof, Plaintiff states:

### PARTIES, JURISDICTION, AND VENUE

1.     Plaintiff brings this action under the Missouri Human Rights Act, Mo. Rev. Stat. § 213.010 et seq., as amended ("MHRA").

2.     Plaintiff Jayne Salerno is a citizen of the State of Missouri, currently residing in St. Louis, Missouri.  Ms. Salerno's date of birth is XX-XX-1957, and at the time Defendant terminated her, she was 62 years old.

3.     Defendant Centaur Building Services, Inc. is a corporation authorized to do business in Missouri with its headquarters located at 4401 Ridgewood Avenue in the City of St. Louis.  Centaur Building Services, Inc. provides facility services, such as janitorial services, for commercial buildings.

1

**EXHIBIT A**
**Page 3**

Electronically Filed - City of St. Louis - February 01, 2021 - 10:03 AM

4.      At all relevant times, Plaintiff Salerno worked for Defendant in an office located at 4401 Ridgewood Avenue in the City of St. Louis.

5.      The unlawful employment practices complained of herein were committed within the county of St. Louis City, Missouri.  Jurisdiction and venue in this Court are, therefore, proper pursuant to Mo. Rev. Stat. § 231.111.

6.      Defendant has more than six (6) employees and is, therefore, an employer within the meaning of the MHRA, Mo. Rev. Stat. § 213.010(7).

7.      On May 14, 2020, Plaintiff filed a timely charge of age discrimination against Defendant with the Missouri Commission on Human Rights.

8.      On November 13, 2020, the Missouri Commission on Human Rights issued to Plaintiff its Notice of Right to Sue, and this action was initiated within ninety days thereof.

## FACTUAL ALLEGATIONS

9.      Plaintiff Salerno worked for Centaur Building Services as an Area Recruiter.

10.      Ms. Salerno brought considerable experience to her role as Area Recruiter.  At her hire, she had over twenty years of experience in Human Resources and full cycle recruiting.

11.      Throughout her career, Plaintiff garnered solid performance reviews and consistent pay raises. She never received any written or verbal discipline.  At all times, Plaintiff met Defendant's legitimate performance expectations.

12.      Plaintiff was one of three Human Resources employees in the St. Louis office. The other two employees, Ms. Range and Ms. Harris, were in their thirties, had no previous experience in human resources, and were hired as administrative staff.

13.      In the spring of 2019, Plaintiff's supervisor, Jaclyn Bovinett, severed her employment with Defendant.

14.      Defendant hired Dan Kosinski as Plaintiff's new supervisor.

2

**EXHIBIT A**
**Page 4**

Electronically Filed - City of St. Louis - February 01, 2021 - 10:03 AM

15.     Upon information and belief, Kosinski is in his early thirties and over thirty years younger than Plaintiff.

16.     Kosinski supervised Plaintiff and five other recruiters.  The group had a weekly conference call regarding recruitment efforts.

17.     Four of the five other recruiters are significantly younger than Plaintiff Salerno.

18.     Around this time, Defendant changed its recruitment model.  Previously, Plaintiff was responsible for recruiting, interviewing, and placing applicants for janitorial, or "facility services," positions.

19.     At each site where Defendant provided facility services, an Operations Manager supervised Defendant's employees. An Operations Manager in Plaintiff's territory typically supervised about ten to twenty sites.

20.     In the new model, Defendant required Operations Managers to interview potential new hires.

21.     Kosinski asked Plaintiff to coordinate onsite interviews with Operations Managers and continue to recruit new hires, perform drug screens and background checks, issue uniforms, and assist new hires with online access.

22.     To prepare the Operations Managers, Plaintiff held at least six interview training sessions for Operations Managers in her territory.

23.     Plaintiff's workload was differed than the workload of the other recruiters. Plaintiff's territory contained more sites with smaller numbers of janitorial staff.  She recruited for more than 100 sites.  Other Area Recruiters worked with bigger sites with large numbers of janitorial staff.  It was easier for other Area Recruiters to schedule group interviews with Operations Managers.

**EXHIBIT A**
**Page 5**

Electronically Filed - City of St. Louis - February 01, 2021 - 10:03 AM

24.     Additionally, whereas other Area Recruiters managed openings of 3 to 19 positions per week, Plaintiff consistently recruited for 11 to 30 positions every week.

25.     Plaintiff adapted well to the new recruitment model, even though she had a larger workload than other Area Recruiters.  Mr. Kosinski never criticized her work performance and gave her positive feedback on the group conference calls.

26.     Despite her success, on November 14, 2019, Defendant terminated Plaintiff without warning.

27.     Arron Rhodes, Regional Human Resources Manager, met with Plaintiff on November 14, 2019.  Mr. Rhodes is in his thirties and approximately thirty years younger than Plaintiff.

28.     Douglas Comerio, Executive Vice President of the Midwest Region, was also present in the termination meeting.  Mr. Comerio is approximately forty years old and approximately twenty years younger than Plaintiff.

29.     Mr. Rhodes told Plaintiff that Defendant was terminating her due to an organizational restructuring.  He did not offer additional details.

30.     Additionally, Mr. Rhodes did not offer Plaintiff a different position.

31.     Plaintiff felt shocked.  She was committed to her career and had never received negative feedback about her work performance.

32.     A few weeks later, Defendant posted an advertisement seeking applications for Plaintiff's position.

33.     Upon information and belief, Defendant hired Ashley Lane, a woman in her twenties, to replace Plaintiff.

34.     Defendant's termination of Plaintiff constitutes age discrimination.

Electronically Filed - City of St. Louis - February 01, 2021 - 10:03 AM

35.     In violation of the MHRA, Defendant's decided to terminate Plaintiff on account of her age.

36.     Defendant, by its actions and failures to act, including but not limited to those described above, discriminated against Plaintiff on the basis of age in violation of the MHRA.

37.     As a result of Defendant's actions and failures to act described herein, Plaintiff suffered emotional pain, distress humiliation, inconvenience, mental anguish and loss of enjoyment of life.

38.     As a result of Defendant's conduct and the actions described herein, Plaintiff has suffered and will continue to suffer lost wages and benefits of employment.

39.     As a result of Defendant's conduct and the actions described herein, Plaintiff has incurred and will continue to incur attorneys' fees, costs and expenses of suit.

WHEREFORE, Plaintiff prays that this Court will, after trial by jury, enter judgment in her favor and against Defendant and, in amounts to be determined at trial, for actual damages, including past and future lost income, compensatory damages, punitive damages, prejudgment interest, and attorneys' fees and costs of suit, and for such other relief as justice requires.

SEDEY HARPER WESTHOFF, P.C.
Attorneys for Plaintiff

*/s/ Mary Anne Sedey*
_____
Mary Anne Sedey #26731
Claire Bruner-Wiltse #69434
2711 Clifton Avenue
St. Louis, MO 63139
314/773-3566
314/773-3615 (fax)
msedey@sedeyharper.com
cbruner-wiltse@sedeyharper.com

**EXHIBIT A**
**Page 7**

Electronically Filed - City of St. Louis - February 01, 2021 - 10:03 AM

**2122-CC00246**

## Confidential Case Filing Information Sheet - Non-Domestic Relations

**INSTRUCTIONS:**
- ✓ Complete this form for all parties known at the time of filing.  Provide the most appropriate Case Type and Party Type codes and descriptions.  (Found on the Case Types List and Party Types List at www.courts.mo.gov on the Court Forms/Filing Information page.)
- ✓ If additional space is needed, complete additional Confidential Case Filing Information Sheets.

**NOTE:** The full Social Security Number (SSN) is *required* pursuant to Missouri Supreme Court Operating Rule 4 if the party is a person; exception can only be granted if the information is not reasonably available.  **This is a confidential record due to the SSN and possible confidential address.  However, this information is used to open a case in the Missouri State Courts Automated Case Management System.  Cases deemed public under Missouri Revised Statues can be accessed through Case.net.  The day and month of birth, SSN, and confidential address are NOT provided to the public through Case.net access.**

Filing Date: 2/1/2021                    County: CITY OF ST. LOUIS

Style of Case: JAYNE SALERNO V. CENTAUR BUILDING SERVICES, INC.

(i.e., In the Estate of; In the Matter of; Petitioner v. Respondent.)

Case Type Code: TJ           Case Type Description: EMPLOYMENT DISCRIMINATION

| | | | |
|---|---|---|---|
| Party Type Code: PLT | Party Type Description: PLAINTIFF | | |
| Name (if a person): (Last)  SALERNO | (First)  JAYNE | (Middle) | |
| Organization (if non-person): | | | |
| Address:   553 Central Place | | | |
| City:  St. Louis | | State: MO | Zip: 63122 |
| DOB/DOD:   7/21/57 | Gender: ☐ Male  ☒ Female | SSN: 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 | |
| Attorney Name (if represented by counsel): MARY ANNE SEDEY | | Bar ID:  26731 | Party Type Code : APLT |

| | | | |
|---|---|---|---|
| Party Type Code: DFT | Party Type Description: DEFENDANT | | |
| Name (if a person): (Last) | (First) | (Middle) | |
| Organization (if non-person): CENTAUR BUILDING SERVICES, INC. | | | |
| Address:   4401 Ridgewood Avenue | | | |
| City:  St. Louis | | State: MO | Zip: 63116 |
| DOB/DOD: | Gender: ☐ Male  ☐ Female | SSN: | |
| Attorney Name (if represented by counsel): | | Bar ID: | Party Type Code : |

| | | | |
|---|---|---|---|
| Party Type Code: | Party Type Description: | | |
| Name (if a person): (Last) | (First) | (Middle) | |
| Organization (if non-person): | | | |
| Address: | | | |
| City: | | State: | Zip: |
| DOB/DOD: | Gender: ☐ Male  ☐ Female | SSN: | |
| Attorney Name (if represented by counsel): | | Bar ID: | Party Type Code : |

Submitted by:  MARY ANNE SEDEY                    Bar ID (required if attorney): 26731

Address (if not shown above):  SEDEY HARPER WESTHOFF, 2711 CLIFTON AVE.,

City: ST. LOUIS                    State: MO      Zip:  63139

Phone: 314-773-3566          Email Address: msedey@sedeyharper.com

**EXHIBIT A**
**Page 8**

**2122-CC00246**

Electronically Filed - City of St. Louis - February 01, 2021 - 10:29 AM

**In the**
# CIRCUIT COURT
## City of St. Louis, Missouri

JAYNE SALERNO
_____
Plaintiff/Petitioner

vs.

CENTAUR BUILDING SERVICES, INC.
_____
Defendant/Respondent

⌐                              ¬
          For File Stamp Only

2/1/2021
_____
Date

EF22351350
_____
Case number

_____
Division

└                              ┘

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now _____JAYNE SALERNO_____, pursuant
                              Requesting Party
to Local Rule 14, requests the appointment by the Circuit Clerk of

WILLIAM STAGE                    PO BOX 4932, ST. LOUIS MO 63108   314-567-8697
Name of Process Server           Address                          Telephone

_____    _____          _____
Name of Process Server           Address                          Telephone

_____    _____          _____
Name of Process Server           Address                          Telephone

to serve the summons and petition in this cause on the below named parties.

SERVE:                                   SERVE:
CENTAUR BUILDING SERVICES, INC.          _____
Name                                     Name
4401 Ridgewood Avenue                    _____
Address                                  Address
ST. LOUIS, MO  63116                     _____
City/State/Zip                           City/State/Zip

SERVE:                                   SERVE:
_____              _____
Name                                     Name
_____              _____
Address                                  Address
_____              _____
City/State/Zip                           City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk

By_____
     Deputy Clerk

_____
Date

MARY ANNE SEDEY
_____
Attorney/Plaintiff/Petitioner
26731
_____
Bar No.
2711 CLIFTON AVE. ST. LOUIS, MO 63139
_____
Address
314-773-3566
_____
Phone No.

**EXHIBIT A**
**Page 9**

Electronically Filed - City of St. Louis - February 01, 2021 - 10:29 AM

**RULE 14 SPECIAL PROCESS SERVERS**

1. Any person appointed by the Court or the Circuit Clerk to serve process must have a license issued pursuant to this rule to serve process.

2. Licenses to serve process shall be issued by the Sheriff of the City of St. Louis if the applicant has met the following qualifications:

   a. Is twenty-one years of age or older;

   b. Has a high school diploma or an equivalent level of education;

   c. Has insurance coverage for any errors or omissions occurring in the service of process;

   d. Has not been convicted, pleaded guilty to or been found guilty of any felony, or of any misdemeanor involving moral turpitude; and,

   e. Has passed a training course for the service of process which shall be administered by the Sheriff of the City of St. Louis.

3. Each applicant for a process server license under the provisions of this rule shall provide an affidavit setting forth such person's legal name, current address, any other occupations and current telephone numbers.  Licensed process servers shall immediately notify the Sheriff of the City of St. Louis of any change in the above information, and the failure to do so shall constitute good cause for the revocation of such person's license.

4. The Sheriff of the City of St. Louis shall maintain a list of persons licensed to serve process pursuant to this rule, and shall make such list available to litigants upon request.

5. A photo identification card designed by the Sheriff of the City of St. Louis shall be issued in addition to the license.  No other identification will be allowed.  All licenses must be signed and approved by the Sheriff of the City of St. Louis and the Presiding Judge or his designee.

6. A license fee recommended by the Sheriff and approved by the Court En Banc shall be charged to cover the costs of compiling and maintaining the list of process servers and for the training of such process servers.  The license fees shall be made payable to the Sheriff of the City of St. Louis.

**EXHIBIT A**
**Page 10**

Electronically Filed - City of St. Louis - February 01, 2021 - 10:29 AM

7. A license for service of process issued under this rule may be revoked by the Sheriff with the approval of the Presiding Judge or his designee, for any of the following reasons:

   a. Misrepresentation of duty or authority;

   b. Conviction, guilty plea or finding of guilty of any state or federal felony, or a misdemeanor involving moral turpitude;

   c. Improper use of the license;

   d. Making a false return; or

   e. Any other good cause.

   Provided, no service of process made by an appointed process server with a revoked license shall be void if the Court or Circuit Clerk made the appointment in good faith without knowledge of the license revocation.

8. Any person authorized to serve process may carry a concealed firearm as allowed by Section 506.145, RSMo, only while actually engaged in the service of process and only if the person has passed a firearms qualification test approved by a law enforcement agency; provided, however, that any licensed special process server may file a written waiver of the right to carry a concealed firearm and thereby avoid the requirements of firearm training and testing.  Any violation of this section shall be considered beyond the scope of the privilege to carry a concealed weapon that is granted by the appointment, and shall constitute good cause for the revocation of the license.

9. Applications for the appointment of a special process server shall be made on forms available in the offices of the Sheriff and Circuit Clerk.  Orders Appointing special process servers may list more than one licensed server as alternatives.

10. The licenses granted pursuant to this rule shall be good for two years.  Each person granted a license shall be required to reapply at the expiration of the license and shall be required to provide all the information required in the initial application, including a current police record check.

(Approved 9/28/92; amended 11/23/92; 5/31/95; 12/17/07)

**EXHIBIT A**
**Page 11**

**2122-CC00246**

Electronically Filed - City of St. Louis - February 01, 2021 - 10:29 AM

In the
# CIRCUIT COURT
### City of St. Louis, Missouri

JAYNE SALERNO
_____
Plaintiff/Petitioner

vs.

CENTAUR BUILDING SERVICES, INC.
_____
Defendant/Respondent

┌                    ┐

    For File Stamp Only

└                    ┘

2/1/2021
_____
Date

EF22351350
_____
Case number

_____
Division

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now   JAYNE SALERNO                                    , pursuant
             Requesting Party
to Local Rule 14, requests the appointment by the Circuit Clerk of

WILLIAM STAGE                    PO BOX 4932, ST. LOUIS MO 63108    314-567-8697
Name of Process Server            Address                          Telephone

_____  _____  _____
Name of Process Server            Address                          Telephone

_____  _____  _____
Name of Process Server            Address                          Telephone

to serve the summons and petition in this cause on the below named parties.

SERVE:                                    SERVE:
CENTAUR BUILDING SERVICES, INC.           _____
Name                                      Name
4401 Ridgewood Avenue                     _____
Address                                   Address
ST. LOUIS, MO  63116                      _____
City/State/Zip                            City/State/Zip

SERVE:                                    SERVE:
_____           _____
Name                                      Name
_____           _____
Address                                   Address
_____           _____
City/State/Zip                            City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk          MARY ANNE SEDEY
                                          _____
                                          Attorney/Plaintiff/Petitioner
                                          26731
By_____         _____
   Deputy Clerk                           Bar No.
                                          2711 CLIFTON AVE. ST. LOUIS, MO 63139
2-1-21                                     _____
_____           Address
Date                                      314-773-3566
                                          _____
                                          Phone No.

**EXHIBIT A**
**Page 12**



## SPECIAL PROCESS SERVER

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC00246 | Special Process Server 1<br>W STAGE |
|---|---|---|
| Plaintiff/Petitioner:<br>JAYNE SALERNO | Plaintiff's/Petitioner's Attorney/Address<br>MARY ANNE OLWELL SEDEY<br>2711 CLIFTON AVE | Special Process Server 2 |
| vs. | ST LOUIS, MO 63139-2712 | Special Process Server 3 |
| Defendant/Respondent:<br> CENTAUR BUILDING SERVICES , INC. | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | SAINT LOUIS, MO 63101 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:  CENTAUR BUILDING SERVICES , INC.**
**Alias:**

**C/O J FRED KOLB RAGT**
**4401 RIDGEWOOD AVE**
**SAINT LOUIS, MO 63116**
*COURT SEAL OF*

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**February 1, 2021**

_____          _____
Date                                                                          Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                                                    Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*                             Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                                              Date                                                                Notary Public

| **Sheriff's Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ (_____ miles @ $._____ per mile) | |
| **Total** | **$_____** | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 21-SMCC-810**          1 of 1          Civil Procedure Form No. 1; Rules 54.01 – 54.05,<br>54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**EXHIBIT A**
**Page 13**

Electronically Filed - City of St. Louis - February 03, 2021 - 09:45 AM



**SPECIAL PROCESS SERVER**

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC00246 | Special Process Server 1<br>W STAGE |
| Plaintiff/Petitioner:<br>JAYNE SALERNO | Plaintiff's/Petitioner's Attorney/Address<br>MARY ANNE OLWELL SEDEY<br>2711 CLIFTON AVE<br>ST LOUIS, MO 63139-2712 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br>CENTAUR BUILDING SERVICES , INC. | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

### Summons in Civil Case

| | |
|---|---|
| The State of Missouri to: CENTAUR BUILDING SERVICES , INC.<br>Alias: | |

C/O J FRED KOLB RAGT
4401 RIDGEWOOD AVE
SAINT LOUIS, MO 63116

*COURT SEAL OF*



*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**February 1, 2021**                           *Thomas Kloppinger*
_____                        _____
Date                                                      Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of
15 years who permanently resides with the defendant/respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
RUSTY SMITH (name) DESIGNEE (title).
☐ other: _____

Served at 4401 RIDGEWOOD ST LOUIS MO 6311 (address)
in ST LOUIS (County/City of St. Louis), MO, on 2-2-21 (date) at 1145 (time).

WM. L. STAGE JR. #197                    *Wm. Stage Jr.*
**SPECIAL PROCESS SERVER** _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____   _____
                                    Date                              Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**EXHIBIT A**
**Page 14**

Electronically Filed - City of St. Louis - February 03, 2021 - 02:59 PM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| JAYNE SALERNO | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2122-CC00246 |
| | ) | |
| CENTAUR BUILDING SERVICES, INC., | ) | **JURY TRIAL DEMANDED** |
| ATALIAN GLOBAL SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| Serve: | ) | |
| Registered Agents (respectively): | ) | |
| | ) | |
| J. Fred Kolb | ) | |
| 4401 Ridgewood Avenue | ) | |
| St. Louis, MO 63116 | ) | |
| | ) | |
| COGENCY GLOBAL, INC. | ) | |
| 9666 Olive Blvd., Suite 690 | ) | |
| St. Louis, MO 63132 | ) | |

## AMENDED PETITION
## DISCRIMINATION IN VIOLATION OF THE MISSOURI HUMAN RIGHTS ACT

Plaintiff Jayne Salerno brings her Amended Petition for her claim of age discrimination under the Missouri Human Rights Act to redress injuries done to her by Defendants Centaur Building Services, Inc. and Atalian Global Services, Inc.  In support thereof, Plaintiff states:

## PARTIES, JURISDICTION, AND VENUE

1.      Plaintiff brings this action under the Missouri Human Rights Act, Mo. Rev. Stat. § 213.010 et seq., as amended ("MHRA").

2.      Plaintiff Jayne Salerno is a citizen of the State of Missouri, currently residing in St. Louis, Missouri.  Ms. Salerno's date of birth is XX-XX-1957, and at the time Defendants terminated her, she was 62 years old.

1

**EXHIBIT A**
**Page 15**

Electronically Filed - City of St. Louis - February 03, 2021 - 02:59 PM

3.       Defendant Centaur Building Services, Inc. is a corporation authorized to do business in Missouri with its headquarters located at 4401 Ridgewood Avenue in the City of St. Louis.  Centaur Building Services, Inc. provides facility services, such as janitorial services, for commercial buildings.

4.       Defendant Atalian Global Services, Inc. (hereinafter "Atalian") is a corporation authorized to do business in Missouri.  Defendant Atalian owns Centaur Building Services, Inc.

5.       Defendant Atalian is located and maintains its principal place of business at 417 Fifth Avenue, 9th Floor, New York, NY  10016.

6.       At all relevant times, Plaintiff Salerno worked for Defendants in an office located at 4401 Ridgewood Avenue in the City of St. Louis.

7.       Defendant Atalian employs over 120,000 people.

8.       The unlawful employment practices complained of herein were committed within the county of St. Louis City, Missouri.  Jurisdiction and venue in this Court are, therefore, proper pursuant to Mo. Rev. Stat. § 231.111.

9.       Defendants have more than six (6) employees and are, therefore, an employer within the meaning of the MHRA, Mo. Rev. Stat. § 213.010(7).

10.     On May 14, 2020, Plaintiff filed a timely charge of age discrimination against Defendant with the Missouri Commission on Human Rights.

11.     On November 13, 2020, the Missouri Commission on Human Rights issued to Plaintiff its Notice of Right to Sue, and this action was initiated within ninety days thereof.

## FACTUAL ALLEGATIONS

12.     Plaintiff Salerno worked for Atalian and Centaur Building Services as an Area Recruiter.

**EXHIBIT A**
**Page 16**

Electronically Filed - City of St. Louis - February 03, 2021 - 02:59 PM

13.     Ms. Salerno brought considerable experience to her role as Area Recruiter.  At her hire, she had over twenty years of experience in Human Resources and full cycle recruiting.

14.     Throughout her career, Plaintiff garnered solid performance reviews and consistent pay raises. She never received any written or verbal discipline.  At all times, Plaintiff met Defendant's legitimate performance expectations.

15.     Plaintiff was one of three Human Resources employees in the St. Louis office. The other two employees, Ms. Range and Ms. Harris, were in their thirties, had no previous experience in human resources, and were hired as administrative staff.

16.     In 2017, upon information and belief, Defendant Atalian bought Defendant Centaur Building Services.

17.     In the spring of 2019, Plaintiff's supervisor, Jaclyn Bovinett, severed her employment with Defendants.

18.     Defendants hired Dan Kosinski as Plaintiff's new supervisor.

19.     Upon information and belief, Kosinski is in his early thirties and over thirty years younger than Plaintiff.

20.     Kosinski supervised Plaintiff and five other recruiters.  The group had a weekly conference call regarding recruitment efforts.

21.     Four of the five other recruiters are significantly younger than Plaintiff Salerno.

22.     Around this time, Defendants changed their recruitment model.  Previously, Plaintiff was responsible for recruiting, interviewing, and placing applicants for janitorial, or "facility services," positions.

3

**EXHIBIT A**
**Page 17**

Electronically Filed - City of St. Louis - February 03, 2021 - 02:59 PM

23.     At each site where Defendants provided facility services, an Operations Manager supervised Defendants' employees. An Operations Manager in Plaintiff's territory typically supervised about ten to twenty sites.

24.     In the new model, Defendants required Operations Managers to interview potential new hires.

25.     Kosinski asked Plaintiff to coordinate onsite interviews with Operations Managers and continue to recruit new hires, perform drug screens and background checks, issue uniforms, and assist new hires with online access.

26.     To prepare the Operations Managers, Plaintiff held at least six interview training sessions for Operations Managers in her territory.

27.     Plaintiff's workload differed compared to the other recruiters.  Plaintiff's territory contained more sites with smaller number of janitorial staff.  She recruited for more than 100 sites.  Other Area Recruiters worked with bigger sites with large numbers of janitorial staff.  It was easier for other Area Recruiters to schedule group interviews with Operations Managers.

28.     Additionally, whereas other Area Recruiters managed openings of 3-19 positions per week, Plaintiff consistently recruited for 11-30 positions every week.

29.     Plaintiff adapted well to the new recruitment model, even though she had a higher workload than other Area Recruiters.  Mr. Kosinski never critiqued her work performance and gave her positive feedback on the group conference calls.

30.     Despite her success, on November 14, 2019, Defendants terminated Plaintiff without warning.

4

**EXHIBIT A**
**Page 18**

Electronically Filed - City of St. Louis - February 03, 2021 - 02:59 PM

31.     Arron Rhodes, Regional Human Resources Manager, met with Plaintiff on November 14, 2019.  Mr. Rhodes is in his thirties and approximately thirty years younger than Plaintiff.

32.     Douglas Comerio, Executive Vice President of the Midwest Region, was also present in the termination meeting.  Mr. Comerio is about forty years old and approximately twenty years younger than Plaintiff.

33.     Mr. Rhodes told Plaintiff that Defendants were terminating her due to an organizational restructuring.  He did not offer additional details.

34.     Additionally, Mr. Rhodes did not offer Plaintiff a different position.

35.     Plaintiff felt shocked.  She was committed to her career and had never received negative feedback about her work performance.

36.     A few weeks later, Defendants posted an advertisement seeking applications for Plaintiff's previous position.

37.     Upon information and belief, Defendants hired Ashley Lane, a woman in her twenties, to replace Plaintiff.

38.     Defendants' termination of Plaintiff constitutes age discrimination.

39.     In violation of the MHRA, Plaintiff's age motivated Defendants' decision to terminate Plaintiff.

40.     Defendants, by their actions and failures to act, including but not limited to those described above, discriminated against Plaintiff on the basis of age in violation of the MHRA.

41.     As a result of Defendants' actions and failures to act described herein, Plaintiff suffered emotional pain, distress humiliation, inconvenience, mental anguish and loss of enjoyment of life.

Electronically Filed - City of St. Louis - February 03, 2021 - 02:59 PM

42.     As a result of Defendants' conduct and the actions alleged herein, Plaintiff has suffered and will continue to suffer lost wages and benefits of employment.

43.     As a result of Defendants' conduct and the actions alleged herein, Plaintiff has incurred and will continue to incur attorneys' fees, costs and expenses of suit.

WHEREFORE, Plaintiff prays that this Court will, after trial by jury, enter judgment in her favor and against Defendants and, in amounts to be determined at trial, for actual damages, including past and future lost income, compensatory damages, punitive damages, prejudgment interest, and attorneys' fees and costs of suit, and for such other relief as justice requires.

SEDEY HARPER WESTHOFF, P.C.
Attorneys for Plaintiff

*/s/ Mary Anne Sedey*

Claire Bruner-Wiltse #69434
Mary Anne Sedey #26731
2711 Clifton Avenue
St. Louis, MO 63139
314/773-3566
314/773-3615 (fax)
cbruner-wiltse@sedeyharper.com
msedey@sedeyharper.com

**EXHIBIT A**
**Page 20**



## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC00246 | |
| Plaintiff/Petitioner:<br>JAYNE SALERNO<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARY ANNE OLWELL SEDEY<br>2711 CLIFTON AVE<br>ST LOUIS, MO  63139-2712 | W STAGE<br>SPECIAL PROCESS<br>SERVER |
| Defendant/Respondent:<br> CENTAUR BUILDING SERVICES , INC.<br>Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:   COGENCY GLOBAL, INC.
                                      Alias:

**9666 OLIVE BLVD.**
**SUITE 690**
**SAINT LOUIS, MO  63132**

*COURT SEAL OF*

**CIRCUIT COURT OF MISSOURI**

*CITY OF ST LOUIS*

> ### SPECIAL PROCESS SERVER

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

### February 4, 2021

_____
Date

*Thomas Kloeppinger*
_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                                        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                          Date                                          Notary Public

| | |
|---|---|
| **Sheriff's Fees, if applicable** | |
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 21-SMCC-864**          1  of  1          Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**EXHIBIT A**
**Page 21**

Electronically Filed - City of St. Louis - February 04, 2021 - 08:54 AM

**In the**

# CIRCUIT COURT

## City of St. Louis, Missouri



JAYNE SALERNO
_____
Plaintiff/Petitioner

vs.

CENTAUR BUILDING SERVICES, INC.
_____
Defendant/Respondent

For File Stamp Only

2/4/2021
_____
Date

2122-CC00246
_____
Case number

_____
Division

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now   JAYNE SALERNO
_____, pursuant
　　　　　　　　　　　　　　Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of

WILLIAM STAGE                    PO BOX 4932, ST. LOUIS MO 63108    314-567-8697
_____
Name of Process Server                    Address                                    Telephone

_____
Name of Process Server                    Address                                    Telephone

_____
Name of Process Server                    Address                                    Telephone

to serve the summons and petition in this cause on the below named parties.

SERVE:                                              SERVE:
CENTAUR BUILDING SERVICES, INC.                   ATALIAN GLOBAL SERVICES, INC.
_____              _____
Name                                              Name
4401 Ridgewood Avenue                             9666 Olive Blvd., Suite 690
_____              _____
Address                                           Address
ST. LOUIS, MO  63116                              St. Louis, MO 63132
_____              _____
City/State/Zip                                    City/State/Zip

SERVE:                                              SERVE:
_____              _____
Name                                              Name

_____              _____
Address                                           Address

_____              _____
City/State/Zip                                    City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk                 MARY ANNE SEDEY
                                                   _____
                                                   Attorney/Plaintiff/Petitioner
                                                   26731
                                                   _____
                                                   Bar No.
By_____             2711 CLIFTON AVE. ST. LOUIS, MO 63139
　　Deputy Clerk                                    _____
                                                   Address
                                                   314-773-3566
_____              _____
Date                                               Phone No.

**EXHIBIT A**
**Page 22**

Electronically Filed - City of St. Louis - February 04, 2021 - 08:54 AM

**RULE 14 SPECIAL PROCESS SERVERS**

1. Any person appointed by the Court or the Circuit Clerk to serve process must have a license issued pursuant to this rule to serve process.

2. Licenses to serve process shall be issued by the Sheriff of the City of St. Louis if the applicant has met the following qualifications:

   a. Is twenty-one years of age or older;

   b. Has a high school diploma or an equivalent level of education;

   c. Has insurance coverage for any errors or omissions occurring in the service of process;

   d. Has not been convicted, pleaded guilty to or been found guilty of any felony, or of any misdemeanor involving moral turpitude; and,

   e. Has passed a training course for the service of process which shall be administered by the Sheriff of the City of St. Louis.

3. Each applicant for a process server license under the provisions of this rule shall provide an affidavit setting forth such person's legal name, current address, any other occupations and current telephone numbers.  Licensed process servers shall immediately notify the Sheriff of the City of St. Louis of any change in the above information, and the failure to do so shall constitute good cause for the revocation of such person's license.

4. The Sheriff of the City of St. Louis shall maintain a list of persons licensed to serve process pursuant to this rule, and shall make such list available to litigants upon request.

5. A photo identification card designed by the Sheriff of the City of St. Louis shall be issued in addition to the license.  No other identification will be allowed.  All licenses must be signed and approved by the Sheriff of the City of St. Louis and the Presiding Judge or his designee.

6. A license fee recommended by the Sheriff and approved by the Court En Banc shall be charged to cover the costs of compiling and maintaining the list of process servers and for the training of such process servers.  The license fees shall be made payable to the Sheriff of the City of St. Louis.

Electronically Filed - City of St. Louis - February 04, 2021 - 08:54 AM

7. A license for service of process issued under this rule may be revoked by the Sheriff with the approval of the Presiding Judge or his designee, for any of the following reasons:

   a. Misrepresentation of duty or authority;

   b. Conviction, guilty plea or finding of guilty of any state or federal felony, or a misdemeanor involving moral turpitude;

   c. Improper use of the license;

   d. Making a false return; or

   e. Any other good cause.

Provided, no service of process made by an appointed process server with a revoked license shall be void if the Court or Circuit Clerk made the appointment in good faith without knowledge of the license revocation.

8. Any person authorized to serve process may carry a concealed firearm as allowed by Section 506.145, RSMo, only while actually engaged in the service of process and only if the person has passed a firearms qualification test approved by a law enforcement agency; provided, however, that any licensed special process server may file a written waiver of the right to carry a concealed firearm and thereby avoid the requirements of firearm training and testing.  Any violation of this section shall be considered beyond the scope of the privilege to carry a concealed weapon that is granted by the appointment, and shall constitute good cause for the revocation of the license.

9. Applications for the appointment of a special process server shall be made on forms available in the offices of the Sheriff and Circuit Clerk.  Orders Appointing special process servers may list more than one licensed server as alternatives.

10. The licenses granted pursuant to this rule shall be good for two years.  Each person granted a license shall be required to reapply at the expiration of the license and shall be required to provide all the information required in the initial application, including a current police record check.

(Approved 9/28/92; amended 11/23/92; 5/31/95; 12/17/07)

Electronically Filed - City of St. Louis - February 04, 2021 - 08:54 AM

In the
# CIRCUIT COURT
### City of St. Louis, Missouri



JAYNE SALERNO
Plaintiff/Petitioner

vs.

CENTAUR BUILDING SERVICES, INC.
Defendant/Respondent

2/4/2021
Date

2122-CC00246
Case number

Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now ___JAYNE SALERNO_____, pursuant

Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of
WILLIAM STAGE                          PO BOX 4932, ST. LOUIS MO 63108    314-567-8697
Name of Process Server                 Address                           Telephone

Name of Process Server                 Address                           Telephone

Name of Process Server                 Address                           Telephone

to serve the summons and petition in this cause on the below named parties.

SERVE:
CENTAUR BUILDING SERVICES, INC.
Name
4401 Ridgewood Avenue
Address
ST. LOUIS, MO  63116
City/State/Zip

SERVE:
ATALIAN GLOBAL SERVICES, INC.
Name
9666 Olive Blvd., Suite 690
Address
St. Louis, MO 63132
City/State/Zip

SERVE:

Name

Address

City/State/Zip

SERVE:

Name

Address

City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER**, Circuit Clerk

By _____
Deputy Clerk

_____
Date

MARY ANNE SEDEY
Attorney/Plaintiff/Petitioner
26731
Bar No.
2711 CLIFTON AVE. ST. LOUIS, MO 63139
Address
314-773-3566
Phone No.

**EXHIBIT A**
**Page 25**



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC00246 | |
|---|---|---|
| Plaintiff/Petitioner:<br>JAYNE SALERNO | Plaintiff's/Petitioner's Attorney/Address<br>MARY ANNE OLWELL SEDEY<br>2711 CLIFTON AVE<br>ST LOUIS, MO  63139-2712 | W STAGE<br>SPECIAL PROCESS<br>SERVER |
| vs. | | |
| Defendant/Respondent:<br>CENTAUR BUILDING SERVICES , INC. | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:   CENTAUR BUILDING SERVICES , INC.
Alias:

C/O J FRED KOLB RAGT
4401 RIDGEWOOD AVE
SAINT LOUIS, MO 63116

**SPECIAL PROCESS SERVER**

*COURT SEAL OF*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

*CITY OF ST LOUIS*

**February 4, 2021**                    _Thomas Kloeppinger_
_____                    _____
Date                                             Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of
15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____                    _____
Date                                             Notary Public

| **Sheriff's Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $    10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**EXHIBIT A**
**Page 26**



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| | | |
|---|---|---|
| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC00246 | |
| Plaintiff/Petitioner:<br>JAYNE SALERNO<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARY ANNE OLWELL SEDEY<br>2711 CLIFTON AVE<br>ST LOUIS, MO  63139-2712 | W STAGE<br>SPECIAL PROCESS<br>SERVER |
| Defendant/Respondent:<br>CENTAUR BUILDING SERVICES , INC.<br>Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:  ATALIAN GLOBAL SERVICES INC**
                                              **Alias:**

C/O COGENCY GLOBAL INC
9666 OLIVE BLVD SUITE 690
SAINT LOUIS, MO 63132

| SPECIAL PROCESS SERVER |
|---|

*COURT SEAL OF*

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**February 4, 2021**
_____            _____
Date                                                    Clerk

Further Information:

## Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of
15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to
_____ (name) _____ (title).
☐ other: _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                              Date                                      Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00_____ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**EXHIBIT A**
**Page 27**

Electronically Filed - City of St. Louis - February 05, 2021 - 02:45 PM



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC00246 | W STAGE<br>SPECIAL PROCESS<br>SERVER |
|---|---|---|
| Plaintiff/Petitioner:<br>JAYNE SALERNO<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARY ANNE OLWELL SEDEY<br>2711 CLIFTON AVE<br>ST LOUIS, MO 63139-2712 | |
| Defendant/Respondent:<br>CENTAUR BUILDING SERVICES , INC.<br>Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** CENTAUR BUILDING SERVICES , INC.
     **Alias:**

C/O J FRED KOLB RAGT
4401 RIDGEWOOD AVE
SAINT LOUIS, MO 63116

*COURT SEAL OF*
*CIRCUIT COURT OF MISSOURI*
*CITY OF ST LOUIS*

**SPECIAL PROCESS SERVER**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**February 4, 2021**         *Thomas Kloeppinger*
_____      _____
Date                            Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: *RUSTY SMITH* (name) *DESIGNEE* (title).

☐ other: _____

Served at *4401 RIDGEWOOD ST LOUIS MO 63116* (address)

in *ST LOUIS* (County/City of St. Louis), MO, on *2-4-21* (date) at *10:10 AM* (time).

WM. L. STAGE JR. *#197*
SPECIAL PROCESS SERVER         *Wm. C. Stage Jr.*
Printed Name of Sheriff or Server         Signature of Sheriff or Server

       Must be sworn before a notary public if not served by an authorized officer:

       Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____        _____
                  Date                       Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 21-SMCC-866     1 of 1     Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**EXHIBIT A**
**Page 28**

Electronically Filed - City of St. Louis - February 05, 2021 - 02:45 PM



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC00246 | W STAGE<br>SPECIAL PROCESS<br>SERVER |
|---|---|---|
| Plaintiff/Petitioner:<br>JAYNE SALERNO | Plaintiff's/Petitioner's Attorney/Address<br>MARY ANNE OLWELL SEDEY<br>2711 CLIFTON AVE<br>ST LOUIS, MO 63139-2712 | |
| vs. | | |
| Defendant/Respondent:<br>CENTAUR BUILDING SERVICES , INC. | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:   ATALIAN GLOBAL SERVICES INC
                            Alias:

C/O COGENCY GLOBAL INC
9666 OLIVE BLVD SUITE 690
SAINT LOUIS, MO 63132

**SPECIAL PROCESS SERVER**

COURT SEAL OF

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**February 4, 2021**
_____
Date

_Thomas Kloeppinger_
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 18 years who permanently resides with the defendant/respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _INTAKE SPECIALIST_ _AMANDA BRANDON_ (name) _CT CORPORATION_ (title).
☐ other: _____

Served at _120 S. CENTRAL CLAYTON, MISSOURI 6310_ (address)
in _ST LOUIS_ (County/City of St. Louis), MO, on _2-4-21_ (date) at _11:37 A_ (time).

WM. L. STAGE JR.
SPECIAL PROCESS SERVER #197
_____
Printed Name of Sheriff or Server

_Wm. Stage Jr._
Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____
                        Date

_____
Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $   10.00 | |
| Mileage | $_____ ( _____ miles @ $._____ per mile) | |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 21-SMCC-867      1 of 1

Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - City of St. Louis - February 16, 2021 - 03:27 PM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| JAYNE SALERNO | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2122-CC00246 |
| | ) | |
| CENTAUR BUILDING SERVICES, INC., | ) | **JURY TRIAL DEMANDED** |
| ATALIAN US SHARED SERVICES, LLC, | ) | |
| and ATALIAN US MIDWEST, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| Serve: | ) | |
| Registered Agents: | ) | |
| | ) | |
| J. Fred Kolb   (CENTAUR) | ) | |
| 4401 Ridgewood Avenue | ) | |
| St. Louis, MO 63116 | ) | |
| | ) | |
| CT CORPORATION SYSTEM | ) | |
| (ATALIAN US SHARED SERVICES) | ) | |
| 120 South Central Ave | ) | |
| Clayton, MO  63105 | ) | |
| | ) | |
| CT CORPORATION SYSTEM | ) | |
| (ATALIAN US MIDWEST, LCC) | ) | |
| 120 South Central Ave | ) | |
| Clayton, MO  63105 | ) | |

**SECOND AMENDED PETITION**
**DISCRIMINATION IN VIOLATION OF THE MISSOURI HUMAN RIGHTS ACT**

Plaintiff Jayne Salerno brings her Second Amended Petition for her claim of age

discrimination under the Missouri Human Rights Act to redress injuries done to her by

Defendants Centaur Building Services, Inc., Atalian US Shared Services, LLC, and Atalian US

Midwest, LLC, d/b/a/Atalian Global Services, Inc.  In support thereof, Plaintiff states:

**EXHIBIT A**
**Page 30**

Electronically Filed - City of St. Louis - February 16, 2021 - 03:27 PM

## PARTIES, JURISDICTION, AND VENUE

1.     Plaintiff brings this action under the Missouri Human Rights Act, Mo. Rev. Stat. § 213.010 et seq., as amended ("MHRA").

2.     Plaintiff Jayne Salerno is a citizen of the State of Missouri, currently residing in St. Louis, Missouri.  Ms. Salerno's date of birth is XX-XX-1957, and at the time Defendants terminated her, she was 62 years old.

3.     Defendant Centaur Building Services, Inc. is a corporation authorized to do business in Missouri with its headquarters located at 4401 Ridgewood Avenue in the City of St. Louis.  Centaur Building Services, Inc. provides facility services, such as janitorial services, for commercial buildings.

4.     Defendant Atalian US Shared Services, LLC (hereinafter "Atalian USS,") is a limited liability company authorized to do business in Missouri.  Defendant Atalian USS owns Centaur Building Services, Inc.

5.     Defendant Atalian US Midwest, LLC (hereinafter "Atalian Midwest,") is a limited liability company authorized to do business in Missouri.  Defendant Atalian Midwest owns Centaur Building Services, Inc.

6.     Defendants Centaur Building Services, Inc., Atalian US Shared Services, LLC, and Atalian US Midwest, LLC, also do business under the name "Atalian Global Services, Inc."

7.     At all relevant times, Plaintiff Salerno worked for Defendants in an office located at 4401 Ridgewood Avenue in the City of St. Louis.

8.     The unlawful employment practices complained of herein were committed within the county of St. Louis City, Missouri.  Jurisdiction and venue in this Court are, therefore, proper pursuant to Mo. Rev. Stat. § 231.111.

2

Electronically Filed - City of St. Louis - February 16, 2021 - 03:27 PM

9.      Defendants have more than six (6) employees and are, therefore, an employer within the meaning of the MHRA, Mo. Rev. Stat. § 213.010(7).

10.     On May 14, 2020, Plaintiff filed a timely charge of age discrimination against Defendant with the Missouri Commission on Human Rights.

11.     On November 13, 2020, the Missouri Commission on Human Rights issued to Plaintiff its Notice of Right to Sue, and this action was initiated within ninety days thereof.

## FACTUAL ALLEGATIONS

12.     Plaintiff Salerno worked for Defendants as an Area Recruiter.

13.     Ms. Salerno brought considerable experience to her role as Area Recruiter.  At her hire, she had over twenty years of experience in Human Resources and full cycle recruiting.

14.     Throughout her career, Plaintiff garnered solid performance reviews and consistent pay raises. She never received any written or verbal discipline.  At all times, Plaintiff met Defendant's legitimate performance expectations.

15.     Plaintiff was one of three Human Resources employees in the St. Louis office. The other two employees, Ms. Range and Ms. Harris, were in their thirties, had no previous experience in human resources, and were hired as administrative staff.

16.     In 2017, upon information and belief, Defendant Atalian USS and Defendant Atalian Midwest bought Defendant Centaur Building Services.

17.     In the spring of 2019, Plaintiff's supervisor, Jaclyn Bovinett, severed her employment with Defendants.

18.     Defendants hired Dan Kosinski as Plaintiff's new supervisor.

19.     Upon information and belief, Kosinski is in his early thirties and over thirty years younger than Plaintiff.

3

Electronically Filed - City of St. Louis - February 16, 2021 - 03:27 PM

20.     Kosinski supervised Plaintiff and five other recruiters.  The group had a weekly conference call regarding recruitment efforts.

21.     Four of the five other recruiters are significantly younger than Plaintiff Salerno.

22.     Around this time, Defendants changed their recruitment model.  Previously, Plaintiff was responsible for recruiting, interviewing, and placing applicants for janitorial, or "facility services," positions.

23.     At each site where Defendants provided facility services, an Operations Manager supervised Defendants' employees. An Operations Manager in Plaintiff's territory typically supervised about ten to twenty sites.

24.     In the new model, Defendants required Operations Managers to interview potential new hires.

25.     Kosinski asked Plaintiff to coordinate onsite interviews with Operations Managers and continue to recruit new hires, perform drug screens and background checks, issue uniforms, and assist new hires with online access.

26.     To prepare the Operations Managers, Plaintiff held at least six interview training sessions for Operations Managers in her territory.

27.     Plaintiff's workload differed compared to the other recruiters.  Plaintiff's territory contained more sites with smaller number of janitorial staff.  She recruited for more than 100 sites.  Other Area Recruiters worked with bigger sites with large numbers of janitorial staff.  It was easier for other Area Recruiters to schedule group interviews with Operations Managers.

28.     Additionally, whereas other Area Recruiters managed openings of 3-19 positions per week, Plaintiff consistently recruited for 11-30 positions every week.

4

Electronically Filed - City of St. Louis - February 16, 2021 - 03:27 PM

29.     Plaintiff adapted well to the new recruitment model, even though she had a higher workload than other Area Recruiters.  Mr. Kosinski never critiqued her work performance and gave her positive feedback on the group conference calls.

30.     Despite her success, on November 14, 2019, Defendants terminated Plaintiff without warning.

31.     Arron Rhodes, Regional Human Resources Manager, met with Plaintiff on November 14, 2019.  Mr. Rhodes is in his thirties and approximately thirty years younger than Plaintiff.

32.     Douglas Comerio, Executive Vice President of the Midwest Region, was also present in the termination meeting.  Mr. Comerio is about forty years old and approximately twenty years younger than Plaintiff.

33.     Mr. Rhodes told Plaintiff that Defendants were terminating her due to an organizational restructuring.  He did not offer additional details.

34.     Additionally, Mr. Rhodes did not offer Plaintiff a different position.

35.     Plaintiff felt shocked.  She was committed to her career and had never received negative feedback about her work performance.

36.     A few weeks later, Defendants posted an advertisement seeking applications for Plaintiff's previous position.

37.     Upon information and belief, Defendants hired Ashley Lane, a woman in her twenties, to replace Plaintiff.

38.     Defendants' termination of Plaintiff constitutes age discrimination.

39.     In violation of the MHRA, Plaintiff's age motivated Defendants' decision to terminate Plaintiff.

**EXHIBIT A**
**Page 34**

Electronically Filed - City of St. Louis - February 16, 2021 - 03:27 PM

40.     Defendants, by their actions and failures to act, including but not limited to those described above, discriminated against Plaintiff on the basis of age in violation of the MHRA.

41.     As a result of Defendants' actions and failures to act described herein, Plaintiff suffered emotional pain, distress humiliation, inconvenience, mental anguish and loss of enjoyment of life.

42.     As a result of Defendants' conduct and the actions alleged herein, Plaintiff has suffered and will continue to suffer lost wages and benefits of employment.

43.     As a result of Defendants' conduct and the actions alleged herein, Plaintiff has incurred and will continue to incur attorneys' fees, costs and expenses of suit.

WHEREFORE, Plaintiff prays that this Court will, after trial by jury, enter judgment in her favor and against Defendants and, in amounts to be determined at trial, for actual damages, including past and future lost income, compensatory damages, punitive damages, prejudgment interest, and attorneys' fees and costs of suit, and for such other relief as justice requires.

SEDEY HARPER WESTHOFF, P.C.
Attorneys for Plaintiff

*/s/ Mary Anne Sedey*

Claire Bruner-Wiltse #69434
Mary Anne Sedey #26731
2711 Clifton Avenue
St. Louis, MO 63139
314/773-3566
314/773-3615 (fax)
cbruner-wiltse@sedeyharper.com
msedey@sedeyharper.com

**EXHIBIT A**
**Page 35**

Electronically Filed - City of St. Louis - February 16, 2021 - 03:28 PM

**In the**

# CIRCUIT COURT

## City of St. Louis, Missouri



JAYNE SALERNO
_____
Plaintiff/Petitioner

vs.

CENTAUR BUILDING SERVICES, INC.
_____
Defendant/Respondent

2/16/2021
_____
Date

2122-CC00246
_____
Case number

_____
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now   JAYNE SALERNO
_____, pursuant
Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of

WILLIAM STAGE                     PO BOX 4932, ST. LOUIS MO 63108     314-567-8697
Name of Process Server              Address                              Telephone

_____
Name of Process Server              Address                              Telephone

_____
Name of Process Server              Address                              Telephone

to serve the summons and petition in this cause on the below named parties.

SERVE:
J. Fred Kolb (CENTAUR)
_____
Name
4401 Ridgewood Avenue
_____
Address
ST. LOUIS, MO  63116
_____
City/State/Zip

SERVE:
CT CORPORATION SERVICES
_____
Name
120 South Central Ave
_____
Address
St. Louis, MO 63105
_____
City/State/Zip

SERVE:
CT CORPORATION SERVICES
_____
Name
120 South Central Ave.
_____
Address
St. Louis, MO  63105
_____
City/State/Zip

SERVE:
_____
Name

_____
Address

_____
City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk


By_____
Deputy Clerk

_____
Date

MARY ANNE SEDEY
_____
Attorney/Plaintiff/Petitioner
26731
_____
Bar No.
2711 CLIFTON AVE. ST. LOUIS, MO 63139
_____
Address
314-773-3566
_____
Phone No.

**EXHIBIT A**
**Page 36**

Electronically Filed - City of St. Louis - February 16, 2021 - 03:28 PM

**RULE 14 SPECIAL PROCESS SERVERS**

1. Any person appointed by the Court or the Circuit Clerk to serve process must have a license issued pursuant to this rule to serve process.

2. Licenses to serve process shall be issued by the Sheriff of the City of St. Louis if the applicant has met the following qualifications:

   a. Is twenty-one years of age or older;

   b. Has a high school diploma or an equivalent level of education;

   c. Has insurance coverage for any errors or omissions occurring in the service of process;

   d. Has not been convicted, pleaded guilty to or been found guilty of any felony, or of any misdemeanor involving moral turpitude; and,

   e. Has passed a training course for the service of process which shall be administered by the Sheriff of the City of St. Louis.

3. Each applicant for a process server license under the provisions of this rule shall provide an affidavit setting forth such person's legal name, current address, any other occupations and current telephone numbers.  Licensed process servers shall immediately notify the Sheriff of the City of St. Louis of any change in the above information, and the failure to do so shall constitute good cause for the revocation of such person's license.

4. The Sheriff of the City of St. Louis shall maintain a list of persons licensed to serve process pursuant to this rule, and shall make such list available to litigants upon request.

5. A photo identification card designed by the Sheriff of the City of St. Louis shall be issued in addition to the license.  No other identification will be allowed.  All licenses must be signed and approved by the Sheriff of the City of St. Louis and the Presiding Judge or his designee.

6. A license fee recommended by the Sheriff and approved by the Court En Banc shall be charged to cover the costs of compiling and maintaining the list of process servers and for the training of such process servers.  The license fees shall be made payable to the Sheriff of the City of St. Louis.

**EXHIBIT A**
**Page 37**

Electronically Filed - City of St. Louis - February 16, 2021 - 03:28 PM

7. A license for service of process issued under this rule may be revoked by the Sheriff with the approval of the Presiding Judge or his designee, for any of the following reasons:

   a. Misrepresentation of duty or authority;

   b. Conviction, guilty plea or finding of guilty of any state or federal felony, or a misdemeanor involving moral turpitude;

   c. Improper use of the license;

   d. Making a false return; or

   e. Any other good cause.

   Provided, no service of process made by an appointed process server with a revoked license shall be void if the Court or Circuit Clerk made the appointment in good faith without knowledge of the license revocation.

8. Any person authorized to serve process may carry a concealed firearm as allowed by Section 506.145, RSMo, only while actually engaged in the service of process and only if the person has passed a firearms qualification test approved by a law enforcement agency; provided, however, that any licensed special process server may file a written waiver of the right to carry a concealed firearm and thereby avoid the requirements of firearm training and testing.  Any violation of this section shall be considered beyond the scope of the privilege to carry a concealed weapon that is granted by the appointment, and shall constitute good cause for the revocation of the license.

9. Applications for the appointment of a special process server shall be made on forms available in the offices of the Sheriff and Circuit Clerk.  Orders Appointing special process servers may list more than one licensed server as alternatives.

10. The licenses granted pursuant to this rule shall be good for two years.  Each person granted a license shall be required to reapply at the expiration of the license and shall be required to provide all the information required in the initial application, including a current police record check.

(Approved 9/28/92; amended 11/23/92; 5/31/95; 12/17/07)

Electronically Filed - City of St. Louis - February 16, 2021 - 03:28 PM

**In the**

# CIRCUIT COURT

## City of St. Louis, Missouri



JAYNE SALERNO
_____
Plaintiff/Petitioner

vs.

CENTAUR BUILDING SERVICES, INC.
_____
Defendant/Respondent

For File Stamp Only

2/16/2021
_____
Date

2122-CC00246
_____
Case number

_____
Division

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now ___JAYNE SALERNO_____, pursuant
　　　　　　　　　　　　Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of

WILLIAM STAGE　　　　　　　PO BOX 4932, ST. LOUIS MO 63108　　314-567-8697
Name of Process Server　　　　　　　　　Address　　　　　　　　　　　　Telephone

_____
Name of Process Server　　　　　　　　　Address　　　　　　　　　　　　Telephone

_____
Name of Process Server　　　　　　　　　Address　　　　　　　　　　　　Telephone

to serve the summons and petition in this cause on the below named parties.

SERVE:
J. Fred Kolb (CENTAUR)
_____
Name
4401 Ridgewood Avenue
_____
Address
ST. LOUIS, MO  63116
_____
City/State/Zip

SERVE:
CT CORPORATION SERVICES
_____
Name
120 South Central Ave.
_____
Address
St. Louis, MO  63105
_____
City/State/Zip

SERVE:
CT CORPORATION SERVICES
_____
Name
120 South Central Ave
_____
Address
St. Louis, MO 63105
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:

**TOM KLOEPPINGER,** Circuit Clerk


By_____
　　Deputy Clerk

_____
Date

MARY ANNE SEDEY
_____
Attorney/Plaintiff/Petitioner
26731
_____
Bar No.
2711 CLIFTON AVE. ST. LOUIS, MO 63139
_____
Address
314-773-3566
_____
Phone No.

**EXHIBIT A**
**Page 39**

Electronically Filed - City of St. Louis - February 16, 2021 - 03:28 PM

**RULE 14 SPECIAL PROCESS SERVERS**

1. Any person appointed by the Court or the Circuit Clerk to serve process must have a license issued pursuant to this rule to serve process.

2. Licenses to serve process shall be issued by the Sheriff of the City of St. Louis if the applicant has met the following qualifications:

   a. Is twenty-one years of age or older;

   b. Has a high school diploma or an equivalent level of education;

   c. Has insurance coverage for any errors or omissions occurring in the service of process;

   d. Has not been convicted, pleaded guilty to or been found guilty of any felony, or of any misdemeanor involving moral turpitude; and,

   e. Has passed a training course for the service of process which shall be administered by the Sheriff of the City of St. Louis.

3. Each applicant for a process server license under the provisions of this rule shall provide an affidavit setting forth such person's legal name, current address, any other occupations and current telephone numbers.  Licensed process servers shall immediately notify the Sheriff of the City of St. Louis of any change in the above information, and the failure to do so shall constitute good cause for the revocation of such person's license.

4. The Sheriff of the City of St. Louis shall maintain a list of persons licensed to serve process pursuant to this rule, and shall make such list available to litigants upon request.

5. A photo identification card designed by the Sheriff of the City of St. Louis shall be issued in addition to the license.  No other identification will be allowed.  All licenses must be signed and approved by the Sheriff of the City of St. Louis and the Presiding Judge or his designee.

6. A license fee recommended by the Sheriff and approved by the Court En Banc shall be charged to cover the costs of compiling and maintaining the list of process servers and for the training of such process servers.  The license fees shall be made payable to the Sheriff of the City of St. Louis.

**EXHIBIT A**
**Page 40**

Electronically Filed - City of St. Louis - February 16, 2021 - 03:28 PM

7. A license for service of process issued under this rule may be revoked by the Sheriff with the approval of the Presiding Judge or his designee, for any of the following reasons:

   a. Misrepresentation of duty or authority;

   b. Conviction, guilty plea or finding of guilty of any state or federal felony, or a misdemeanor involving moral turpitude;

   c. Improper use of the license;

   d. Making a false return; or

   e. Any other good cause.

   Provided, no service of process made by an appointed process server with a revoked license shall be void if the Court or Circuit Clerk made the appointment in good faith without knowledge of the license revocation.

8. Any person authorized to serve process may carry a concealed firearm as allowed by Section 506.145, RSMo, only while actually engaged in the service of process and only if the person has passed a firearms qualification test approved by a law enforcement agency; provided, however, that any licensed special process server may file a written waiver of the right to carry a concealed firearm and thereby avoid the requirements of firearm training and testing.  Any violation of this section shall be considered beyond the scope of the privilege to carry a concealed weapon that is granted by the appointment, and shall constitute good cause for the revocation of the license.

9. Applications for the appointment of a special process server shall be made on forms available in the offices of the Sheriff and Circuit Clerk.  Orders Appointing special process servers may list more than one licensed server as alternatives.

10. The licenses granted pursuant to this rule shall be good for two years.  Each person granted a license shall be required to reapply at the expiration of the license and shall be required to provide all the information required in the initial application, including a current police record check.

(Approved 9/28/92; amended 11/23/92; 5/31/95; 12/17/07)

Electronically Filed - City of St. Louis - February 19, 2021 - 11:22 AM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| JAYNE SALERNO | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2122-CC00246 |
| | ) | |
| CENTAUR BUILDING SERVICES, INC., | ) | **JURY TRIAL DEMANDED** |
| ATALIAN GLOBAL SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

<u>**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED PETITION**</u>

COMES NOW Plaintiff Jayne Salerno, by and through counsel, pursuant to Rule 55.33

(a), and files this Motion for Leave to File Plaintiff's Second Amended Petition.  In support

thereof, Plaintiff states:

1.      On February 1, 2021, Plaintiff filed this age discrimination action under the

Missouri Human Rights Act ("MHRA") Mo. Rev. Stat. § 213.111 *et seq.* naming as Defendant

Centaur Building Services, Inc.

2.      On February 4, 2021, Plaintiff filed an Amended Petition and added Atalian

Global Services, Inc. as a Defendant, upon information and belief that Atalian Global Services,

Inc. owns Centaur Building Services.

3.      On its website, Atalian Global Services lists its Midwest Headquarters at 4401

Ridgewood Avenue, St. Louis, MO, 63116, which is the same location where Plaintiff worked.

*See* "ATALIAN- Midwest Region," Atalian Global Services, February 17, 2021 at 1:10 PM,

https://atalian.us/midwestregion/.  It also states that "In 2017 Centaur was acquired by Atalian

US and has continued the same dedicated service with the backing of our international supports."

<u>Id.</u>

**EXHIBIT A**
**Page 42**

Electronically Filed - City of St. Louis - February 19, 2021 - 11:22 AM

4.      The Missouri Secretary of State website shows several entities using the name Atalian, but does not show definitively which of those entities actually owns Centaur Building Services.

5.      When Plaintiff attempted to serve her Amended Petition on Atalian Global Services, Inc.'s registered agent, COGENCY GLOBAL, the registered agent, refused to accept service based on the fact that Atalian Global Services, Inc. was administratively discharged for failing to file a report with the State of Missouri.

7.      Subsequently, Plaintiff's process server attempted to serve the Amended Petition on CT Corporation, the registered agent for both Atalian US Shared Services, LLC, and Atalian US Midwest, LLC.  However, on February 12, 2021, Plaintiff received a letter that CT Corporation was not the registered agent for Atalian Global Services, Inc. and it was unable to forward Plaintiff's Amended Petition.

8.       Despite the fact that Centaur Building Services continues to use the name Atalian Global Services, Inc., it appears that Atalian Global Services, Inc. is not the correct name of the entity that owns Centaur Building Services.  Upon information and belief, it appears that Atalian US Shared Services, LLC, is the legal entity that owns Centaur Building Services, Inc.

9.      Plaintiff seeks to amend her Petition to name Atalian US Shared Services, LLC as the correct Defendant.

8.      Rule 55.33(a) states that a court may "freely give" leave to a party to file an amended pleading "when justice so requires."

9.      Missouri Courts have held that there are five factors to consider in deciding whether to allow leave to amend a petition, namely, "(1) hardship to the moving party if leave is not granted; (2) reasons for failure to include any new matter in earlier pleadings; (3) timeliness

2

**EXHIBIT A**
**Page 43**

Electronically Filed - City of St. Louis - February 19, 2021 - 11:22 AM

of the application; (4) whether an amendment could cure the inadequacy of the moving party's pleading; and (5) injustice resulting to the party opposing the motion, should it be granted." Dueker v. Gill, 175 S.W.3d 662, 671 (Mo. Ct. App. 2005).

10.     Each of these five factors cuts towards this Court granting leave for Plaintiff to amend her petition.  First, Plaintiff will experience a hardship if the leave is not granted because she seeks to name the correct Defendant.  Second, Plaintiff seeks to amend her Petition only to properly name Atalian US Shared Services, LLC as Defendant; she is not seeking to add new matters or allegations.  Third, Plaintiff's application—less than three weeks after her initial filing—is timely.  Fourth, the amendment will cure thee Plaintiff's inaccurately named Defendant.  Finally, there would be no injustice resulting to any Defendant, as Plaintiff's Second Amended Petition will be filed so early in the litigation of her claims.

12.     Here, justice requires that Plaintiff be granted leave to file a Second Amended Petition.  It is often difficult for an employee to ascertain which legal entity owns a company. Granting leave to file Plaintiff's Second Amended Petition is a reasonable remedy to a reasonable misnomer.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court grant this motion to file her Second Amended Petition, and grant Plaintiff such further relief as the Court deems just and proper.

Electronically Filed - City of St. Louis - February 19, 2021 - 11:22 AM

SEDEY HARPER WESTHOFF, P.C.
Attorneys for Plaintiff

*/s/ Mary Anne Sedey*

_____

Mary Anne Sedey #26731
Claire Bruner-Wiltse #69434
2711 Clifton Avenue
St. Louis, MO 63139
314/773-3566
314/773-3615 (fax)
msedey@sedeyharper.com
cbruner-wiltse@sedeyharper.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 19, 2021, the foregoing document was filed electronically with the Clerk of the Court using the ECF system and served the following Defendants via USPS mail to:

Centaur Building Services, Inc.
Registered Agent: J. Fred Kolb
4401 Ridgewood Avenue, St. Louis, MO, 63116

*/s/ Mary Anne Sedey*

_____

**EXHIBIT A**
**Page 45**



**SPECIAL PROCESS SERVER**

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC00246 | Special Process Server 1<br>W STAGE |
|---|---|---|
| Plaintiff/Petitioner:<br>JAYNE SALERNO<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARY ANNE OLWELL SEDEY<br>2711 CLIFTON AVE<br>ST LOUIS, MO  63139-2712 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br> CENTAUR BUILDING SERVICES , INC. | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

### Summons in Civil Case

**The State of Missouri to:   ATALIAN US SHARED SERVICES LLC**
 **Alias:**

**CT CORPORATION SYSTEM RAGT**
**120 S CENTRAL AVE**
**CLAYTON, MO  63105**
*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**February 25, 2021**

_____
Date

*Thomas Kloeppinger*
_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server                              Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
*(Seal)*
My commission expires: _____        _____
                                                 Date                                    Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**EXHIBIT A**
**Page 46**



**SPECIAL PROCESS SERVER**

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC00246 | Special Process Server 1<br>W STAGE |
| --- | --- | --- |
| Plaintiff/Petitioner:<br>JAYNE SALERNO<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARY ANNE OLWELL SEDEY<br>2711 CLIFTON AVE<br>ST LOUIS, MO  63139-2712 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br> CENTAUR BUILDING SERVICES , INC. | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | SAINT LOUIS, MO  63101 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:  ATALIAN US MIDWEST LLC**
            **Alias:**

**CT CORPORATION SYSTEM RAGT**
**120 S CENTRAL AVE**
**CLAYTON, MO  63105**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

### February 25, 2021

_____
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____

_____
Date

_____
Notary Public

| **Sheriff's Fees, if applicable** | | |
| --- | --- | --- |
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 21-SMCC-1263**      1  of  1          Civil Procedure Form No. 1; Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**EXHIBIT A**
**Page 47**



**SPECIAL PROCESS SERVER**

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>MICHAEL FRANCIS STELZER | **Case Number:  2122-CC00246** | Special Process Server 1<br>W STAGE |
| Plaintiff/Petitioner:<br>JAYNE SALERNO | Plaintiff's/Petitioner's Attorney/Address<br>MARY ANNE OLWELL SEDEY<br>2711 CLIFTON AVE<br>ST LOUIS, MO  63139-2712 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br> CENTAUR BUILDING SERVICES , INC. | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:  CENTAUR BUILDING SERVICES , INC.**
**Alias:  ATALIAN GLOBAL SERVICES INC**

**C/O J FRED KOLB RAGT**
**4401 RIDGEWOOD AVE**
**SAINT LOUIS, MO  63116**
***COURT SEAL OF***

***CITY OF ST LOUIS***

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**February 25, 2021**

_____           _____
Date                                                                          Clerk

Further Information: _____

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of
15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____           _____
Printed Name of Sheriff or Server                                    Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
*(Seal)*
My commission expires: _____           _____
                                                Date                                                      Notary Public

| | |
|---|---|
| **Sheriff's Fees, if applicable** | |
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**EXHIBIT A**
**Page 48**